■ DONALD SIGSBEE et al., Appellants, v STATE OF NEW YORK, Respondent.—Judgment unanimously affirmed without costs for reasons stated in decision at Court of Claims, Hanifin, J. (Appeal from Judgment of Court of Claims, Hanifin, J. —Malicious Prosecution.) Present—Callahan, J. P., Doerr, Boomer, Pine and Balio, JJ.